Desestimada la apelación por incumplimiento del artículo 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Alvarez Nava.* Abogado de la parte contraria: *Sr. López Landrón.*

---

No. 172. SOLÁ *v.* RAMIS ET AL.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Desestimada la apelación, por incumplimiento del artículo 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Sarmiento.* Abogado de la parte contraria: *Sres. Hartzell y Rodríguez Serra.*

---

No. 176. MUÑOZ *v.* LÓPEZ.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Desestimada la apelación por incumplimiento del artículo 54 del Reglamento del Tribunal Supremo. Abogado de la parte promovente: *Sr. Eduardo Acuña.* Abogados de la parte contraria: *Sres. Cuevillas y Méndez.*

---

No. 192. COLL *v.* AXTMAYER.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Desestimada la apelación por incumplimiento del artículo 50 del Reglamento de este tribunal. Abogado del promovente: *Sr. Cay. Coll Cuchí.* Abogado de la parte contraria: *Sr. Mott.*

---

No. 194. FRITZE, LUNDT & Co. *v.* ROMERO.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Desestimada la apelación por incumplimiento de los artículos

299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogado del promovente: *Sr. Sama.* Abogado de la parte contraria: *Sr. Arnaldo.*

---

No. 195. Gómez *v.* Capó et al.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Bosch.* Abogado de la parte contraria: *Sr. Texidor.*

---

No. 31. Pérez *v.* El Juez de Paz de Comerío.—Solicitud para que se expida auto de *certiorari.* Resuelto en octubre 10, 1907. Denegada la solicitud . Abogado del peticionario: *Sr. José de Guzmán Benítez.*

---

No. 160. Pérez *v.* Eugui & Co.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 10, 1907. Desestimada la apelación por incumplimiento del artículo 54 del Reglamento de este tribunal. Abogados del promovente: *Sres. Eduardo Acuña y Palacios Rodríguez.* Abogado de la parte contraria: *Sr. López Landrón.*

---

No. 141. Ramos *v.* Orcasitas et al.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 15, 1907. Sin lugar la moción. Abogado del promovente: *Sr. Manuel F. Rossy.* Abogados de la parte contraria: *Sres. Cuevillas y Méndez.*